**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SESSION LINK RESEARCH LLC,<br>*Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD. *and* SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:26-CV-00425-JRG-RSP |

# ORDER

Before the Court is the parties' Joint Motion for an Additional Extension of Infringement, Invalidity and Subject-Matter Eligibility Contentions. **Dkt. No. 29.** Having considered the Motion, and noting its joint nature, the Court finds it should be, and hereby is, **GRANTED**. Accordingly, it is

**ORDERED** that the following deadlines are in effect:

| | |
|---|---|
| October 22, 2026 | P.R. 3-1 and 3-2 (Infringement Contentions) |
| December 18, 2026 | P.R. 3-3 and 3-4 (Invalidity Contentions) |
| December 18, 2026 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |

**SIGNED this 16th day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE