**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SESSION LINK RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No.: 2:26-cv-00425-JRG-RSP |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Session Link Research LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Defendants") (collectively, "the Parties") file this Joint Motion to Amend Docket Control Order and would show the Court as follows:

Pursuant to the Court's Docket Control Order, the deadline for the Parties to file their proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) is October 21, 2026. *See* Dkt. No. 34. The Parties respectfully request a brief extension of time, up to and including October 28, 2026, to comply with the above-referenced deadlines.

The Parties represent that good cause exists for this extension of time to submit the proposed Protective Order. The Parties are diligently meeting and conferring on the issues in the proposed Protective Order. However, the Parties have not resolved all of the issues. This brief extension of time, up to and including October 28, 2026, will ensure that the Parties have sufficient time to continue meeting and conferring in an effort to narrow, or potentially resolve, the disputed

issues in the Protective Order. This will promote judicial efficiency because it will potentially reduce the expenditure of the Parties' and the Court's limited judicial resources.

The Parties further represent that good cause exists to extend the deadline to comply with Paragraphs 1 and 3 of the Discovery Order (Initial and Additional Disclosures). This case is in its early stages, and the Parties require additional time to investigate the claims and defenses at issue and to gather and prepare the information necessary for their Initial and Additional Disclosures. In addition, the deadline for Plaintiff to serve its infringement contentions has been extended, and the requested extension will keep the Parties' disclosure obligations aligned with that adjusted schedule.

The requested extensions are brief and will not affect any other deadline set by the Court and will not prejudice any party. Counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion. The Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order extending the time in which the Parties are required to file their proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) up to and including October 28, 2026.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**FABRICANT, RUBINO & LAMBRIANAKOS LLP**
411 Theodore Fremd Avenue Suite 206
South Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (973) 535-0920
Facsimile: (973) 535-0921

*Attorneys for Plaintiff*
*Session Link Research LLC*

*/s/ Melissa R. Smith*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Ashley N. Moore

Texas Bar No. 24074748
Zachary Ellis
Texas Bar No. 24122606
**GREENBERG TRAURIG LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: ashley.moore@gtlaw.com
Email: zak.ellis@gtlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*

Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5.

*/s/ Melissa R. Smith*

Melissa R. Smith